```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                                    05-cr-45-PB

<u>Zbigniew May</u>

**O R D E R**

The defendant has moved to continue the September 7, 2005 trial in the above case.  Defendant cites the need for additional time to engage in further plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or prepare for trial, the court will continue the trial from September 7, 2005 to December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 22, 2005 final pretrial conference is continued until October 20, 2005 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 22, 2005

cc:  Jeffrey Levin, Esq.
     Debra Walsh, AUSA
     United States Probation
     United States Marshal